# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

GLYNON T. BURNETT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No: 5:14-cv-73-Oc-18GJK

*Approved and ordered this [date] of Jan.*

*G. KENDALL SHARP*
*U.S. DISTRICT JUDGE*

## REPORT AND RECOMMENDATION

Glynon T. Burnett (the "Claimant"), appeals from a final decision of the Commissioner of Social Security (the "Commissioner") denying his application for disability insurance benefits ("DIB"). Doc. No. 1.[1] Claimant argues that the Administrative Law Judge (the "ALJ") erred by: 1) not assigning Dr. Robert Williams' opinions substantial weight; and 2) finding his testimony concerning his pain and limitations not credible. Doc. No. 21 at 29-36. For the reasons that follow, it is **RECOMMENDED** that the Court **AFFIRM** the Commissioner's final decision.

### I.  THE ALJ'S FIVE-STEP DISABILITY EVALUATION PROCESS.

Under the authority of the Social Security Act, the Social Security Administration has established a five-step sequential evaluation process for determining whether an individual is disabled. *See* 20 C.F.R. §§ 404.1520(a), 416.920(a). In *Doughty v. Apfel*, 245 F.3d 1274 (11th Cir. 2001), the Eleventh Circuit explained the five-step sequential evaluation process as follows:

> In order to receive disability benefits, the claimant must prove at step one that he is not undertaking substantial gainful activity. At step two, the claimant must prove that he is suffering from a severe

---

[1] On August 13, 2010, Claimant filed an application for a period of disability and DIB, alleging disability beginning on February 5, 2009. R. 194-95. Claimant last met the insured status requirements of the Social Security Act on March 31, 2014. R. 79.